```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

GHODRAT FARAHANI,
    Plaintiff,

    v.                        Civil Action
                                No. 10-10682-LTS

MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
ET AL.,
    Defendants.


## ORDER ON MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

SOROKIN, M.J.

    Upon review of the plaintiff's pleadings, it is hereby ORDERED that:

    (1)  Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 3) is GRANTED.

    (2)  Plaintiff's Motion for Waiver of Filing Fee and Services (Docket No. 2) is GRANTED to the extent that this Court grants a waiver of the District Court filing fee and will direct the costs of service be advanced by the United States Marshal Service. No other waiver of costs of suit is included in this Order.

    (3)  The Clerk shall issue summonses as to the defendants.

    (4)  The Clerk shall send the summonses, Complaint, and this Order to the plaintiff, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m).

    (5)  The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal Service shall serve the summonses, Complaint, and this Order upon each of the defendants, in the

manner directed by the plaintiff, with all costs of service to be advanced by the United States.  Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service on the defendants.

(6)  In accordance with this Court's General Order 07-4 and 28 U.S.C. § 636(c), the Clerk shall send plaintiff the standard consent package with information and forms so that plaintiff may elect whether to proceed before the undersigned.[1]  If he advises that he does not elect to proceed before a Magistrate Judge, the case will be reassigned to a District Judge for further proceedings.

SO ORDERED.

                                        /s/ Leo T. Sorokin
                                        LEO T. SOROKIN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2010

---

[1]This action was randomly assigned to this Court pursuant to the District Court's Consent Pilot Program.